IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00041 |
| | ) | Judge Trauger |
| CHARLES GLENN, IV | ) | |

## O R D E R

Given the pendency of a Motion to Suppress Evidence filed August 31, 2012 (Docket No. 40), it is hereby **ORDERED** that the trial scheduled for September 18, 2012 is **CONTINUED**, to be reset, if appropriate, following a decision on this motion.  It is hereby **ORDERED** that the government shall file its response to this motion by September 17, 2012, and the motion is set for an evidentiary hearing on Wednesday, September 19, 2012, at 1:30 p.m.

It is so **ORDERED.**

Enter this 10th day of September 2012.

_____
ALETA A. TRAUGER
United States District Judge