UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

> Motion GRANTED. Hearing reset for 10/10/12 at 1:30 p.m.
>
> /s/ Judge Trauger

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:12-00041 |
| | ) | Judge Trauger |
| CHARLES GLENN, IV | ) | |

## MOTION TO RESCHEDULE SUPPRESSION HEARING

Comes now, James E. Mackler, respectfully requests that this Honorable Court move the Suppression Hearing scheduled for September 19, 2012 to Tuesday, September 18, 2012 or to another acceptable date. As grounds, Counsel has been asked to teach a scheduled CLE for the Federal Public Defender's office on the afternoon of September 19, 2012. Based on the above, I respectfully request this Honorable Court to reschedule the Suppression Hearing.

Dated this 11th day of September, 2012.

Respectfully submitted,

/s/ James E. Mackler
James E. Mackler (BPR #024855)
BONE MCALLESTER NORTON
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6312 (phone)
(615) 248-4668 (facsimile)
jmackler@bonelaw.com

{00812885.1 }