Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00041 |
| | ) | JUDGE TRAUGER |
| CHARLES GLENN, IV | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION TO SUPPRESS AND MOTION TO DISCOVER
IDENTITY OF INFORMANT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an extension of one week to respond to the defendant's motion to suppress and motion to discover identity of informant. (D.E. 40 & 42).

In support of this motion, the government submits that the defendant has raised several legal issues. The government is in the process of reviewing the motions but needs additional time to research the issues raised and prepare an appropriate response. Therefore, the government respectfully requests an extension of one week to September 24, 2012, to respond to these motions.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151