IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00041 |
| | ) | Judge Trauger |
| CHARLES GLENN, IV | ) | |

## O R D E R

An evidentiary hearing was held on November 14, 2012 on the defendant's Motion to Suppress Evidence (Docket No. 40). For the reasons expressed on the record at the close of the hearing, which are incorporated herein by reference as if set forth verbatim, it is hereby **ORDERED** that the Motion to Suppress is **DENIED**.

The Motion to Discover Identity of Informant (Docket No. 42) is likewise **DENIED**. However, the court has encouraged the government to provide information about the informant, who will be testifying at the trial, to the defense two weeks before the scheduled trial.

It is so **ORDERED.**

Enter this 15th day of November 2012.

_____
ALETA A. TRAUGER
United States District Judge