# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:12-00041 |
| ) | Judge Trauger |
| CHARLES GLENN, IV ) | |

## O R D E R

The defendant's Motion to Continue Trial (Docket No. 107) is **GRANTED**, conditioned upon the timely filing of a waiver of speedy trial. The trial will be reset at the detention hearing scheduled for Friday, April 19, 2013, at 1:00 p.m.

It is so **ORDERED.**

Enter this 18th day of April 2013.

_____
ALETA A. TRAUGER
United States District Judge