Motion GRANTED. Hearing set for 5/30/13 at 1:00 p.m.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:12-00041 |
| | ) | Judge Trauger |
| CHARLES GLENN, IV | ) | |

## MOTION TO SET PLEA DATE

COMES NOW defendant, Charles Glenn, IV, by and through his counsel, and ask this Honorable Court to set a date for Mr. Glenn to enter a guilty plea to Counts I and II of the Indictment.

Respectfully submitted,

/s/ James E. Mackler
James E. Mackler (BPR #024855)
BONE MCALLESTER NORTON
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6312 (phone)
(615) 248-4668 (facsimile)
Email: jmackler@bonelaw.com