IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00041 |
| | ) | Judge Trauger |
| CHARLES GLENN, IV | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that, upon the request of the government, the trial scheduled for July 11, 2013 is **CONTINUED** and **RESET** for June 18, 2013. It is further **ORDERED** that a pretrial conference will be held on Tuesday, June 11, 2013, at 2:00 p.m. The defendant is excused from being present at the pretrial conference, which will take place on the record in chambers. If the defendant elects to appear, the pretrial conference will be held in the courtroom.    It is so **ORDERED**.

ENTER this 5th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge