### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00041 |
| | ) | Judge Trauger |
| CHARLES GLENN, IV | ) | |
| | ) | |

### **O R D E R**

It is hereby **ORDERED** that the sentencing scheduled for August 22, 2013 is **RESET** for Friday, September 27, 2013, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 19th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge